UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>) Docket No. 16-CR-40025-TSH<br>(1)   IVAN CRUZ-RIVERA and )<br>(2)   CARLOS JIMENEZ )<br>)<br>Defendants. ) | |

### Government Witness List 11/5/2018

1. Sergeant John Maki, Fitchburg Police Department, Fitchburg, MA;

2. DEA Special Agent Robert Olsen, Worcester, MA;

3. Massachusetts State Police Trooper Jamie Vitale, DEA, Worcester, MA;

4. Detective Jeffrey Thibodeau, Lunenburg Police Department, Lunenburg, MA;

5. FBI Special Agent John Woudenberg, Boston, MA;

6. Detective Sergeant Miguel Martinez, Clinton Police Department, Clinton, MA;

7. Massachusetts State Police Trooper David DiCrescenzo, Brighton Barracks, Brighton, MA;

8. Massachusetts State Police Trooper Luis DeJesus, Holden Barracks, Holden, MA;

9. Massachusetts State Police Trooper Patrick Robinson, Stoneham, MA;

10. Massachusetts State Police Trooper John Boland, Massachusetts State Police Academy, New Braintree, MA;

11. Massachusetts State Police Trooper Felipe Martinez, Worcester, MA;

12. Detective Eliesett Rodriguez, Southbridge Police Department, Southbridge, MA;

13. ATF Special Agent Michael Finnerty, Worcester, MA;

14. Retired Lieutenant Jeffrey Dudley, Leominster Police Department, Leominster, MA;

15. Retired Sergeant Gary Ouellette, Fitchburg Police Department, Fitchburg, MA;

16. Retired Detective Joe Siciliano, Leominster Police Department, Leominster, MA;

17. Retired Detective James Connolly, Fitchburg Police Department, Fitchburg, MA;

18. Retired DEA Special Agent Michael Boyle, formerly with DEA Worcester, MA;

19. Segundo Gutierrez, Donald W. Wyatt Detention Facility, Central Falls, RI;

20. Raquel Flores-Montanez, Fitchburg, MA;

21. Agustin Fontanez Flores, Caugas, P.R.;

22. Alexis Eon, Verizon Wireless;

23. Vadim G. Astrakhan, DEA Senior Forensic Chemist, DEA Northeast Laboratory, New York, NY;

24. Joaquin Font, Font Translations, Boston, MA;

25. Keeper of Records, Tracfone.

The government reserves the right to supplement this list with additional witnesses identified in the discovery or as the need to call additional witnesses becomes clear during trial preparation.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:   */s/ Michelle L. Dineen Jerrett*
       MICHELLE L. DINEEN JERRETT
       WILLIAM F. ABELY
       Assistant U.S. Attorneys
       United States Attorney's Office
       595 Main Street
       Worcester, Massachusetts 01608

Dated: November 5, 2018

CERTIFICATE OF SERVICE

    This is to certify that I have served counsel of record for the Defendant a copy of the foregoing document by ECF.

                      */s/ Michelle L. Dineen Jerrett*
                      MICHELLE L. DINEEN JERRETT
                      Assistant U.S. Attorney

Dated: November 5, 2018