UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Docket No. 16-CR-40025-TSH |
| (2)  IVAN CRUZ-RIVERA and | ) |
| (3)  CARLOS JIMENEZ | ) |
| | ) |
| Defendants. | ) |

## VERDICT FORMS

The United States, through United States Attorney Andrew E. Lelling and Assistant United States Attorneys Michelle L. Dineen Jerrett and William F. Abely, hereby respectfully submits the proposed verdict forms for the defendants, Ivan Cruz-Rivera and Carlos Jimenez.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Michelle L. Dineen Jerrett*
MICHELLE L. DINEEN JERRETT
WILLIAM F. ABELY
Assistant United States Attorneys
United States Attorney's Office
595 Main Street
Worcester, Massachusetts 01608
michelle.dineen.jerrett@usdoj.gov

Dated: November 5, 2018

CERTIFICATE OF SERVICE

This is to certify that I have served counsel of record for the Defendant a copy of the foregoing document by ECF.

*/s/ Michelle L. Dineen Jerrett*
MICHELLE L. DINEEN JERRETT
Assistant U.S. Attorney

Dated: November 5, 2018

**VERDICT FORM FOR THE DEFENDANT IVAN CRUZ-RIVERA**

I. As to **COUNT ONE** of the Indictment, charging the defendant **IVAN CRUZ-RIVERA** with conspiracy to possess with intent to distribute and to distribute heroin, in violation of 21 U.S.C. § 846, we, the jury, find the defendant, **IVAN CRUZ-RIVERA**:

_____ NOT GUILTY          _____ GUILTY

If your verdict is NOT GUILTY, please proceed to question IV.

If your verdict is GUILTY, please answer question II.

II. Did the conspiracy described above in **COUNT ONE** involve 100 grams or more of a mixture or substance containing a detectable amount of heroin?

_____ NO          _____ YES

If your answer to question II is NO, please proceed to question IV.

If your answer to question II is YES, please answer question III.

III. With respect to the conspiracy described in **COUNT ONE**, were 100 grams or more of a mixture or substance containing a detectable amount of heroin attributable and reasonably foreseeable to the defendant, **IVAN CRUZ-RIVERA**?

_____ NO          _____ YES

Whether your answer to question III is NO or YES, please proceed to question IV.

IV. As to **COUNT TWO** of the Indictment, charging the defendant **IVAN CRUZ-RIVERA** with possession with intent to distribute heroin and distribution of heroin, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B)(i), we, the jury, find the defendant **IVAN CRUZ-RIVERA**:

_____ NOT GUILTY        _____ GUILTY

If your verdict is NOT GUILTY, stop here, and date and sign the verdict slip.

If your verdict is GUILTY, please answer question V.

V. With respect to **COUNT TWO**, was the quantity of heroin that the defendant **IVAN CRUZ-RIVERA** possessed with intent to distribute or distributed 100 grams or more of a mixture or substance containing a detectable amount of heroin?

_____ NO        _____ YES

The foregoing represents the unanimous decision of the jury.

_____        _____
DATE                                              FOREPERSON

# VERDICT FORM FOR THE DEFENDANT CARLOS JIMENEZ

I. As to **COUNT ONE** of the Indictment, charging the defendant **CARLOS JIMENEZ** with conspiracy to possess with intent to distribute and to distribute heroin, in violation of 21 U.S.C. § 846, we, the jury, find the defendant, **CARLOS JIMENEZ**:

_____ NOT GUILTY          _____ GUILTY

If your verdict is NOT GUILTY, please proceed to question IV.

If your verdict is GUILTY, please answer question II.

II. Did the conspiracy described above in **COUNT ONE** involve 100 grams or more of a mixture or substance containing a detectable amount of heroin?

_____ NO          _____ YES

If your answer to question II is NO, please proceed to question IV.

If your answer to question II is YES, please answer question III.

III. With respect to the conspiracy described in **COUNT ONE**, were 100 grams or more of a mixture or substance containing a detectable amount of heroin attributable and reasonably foreseeable to the defendant, **CARLOS JIMENEZ**?

_____ NO          _____ YES

Whether your answer to question III is NO or YES, please proceed to question IV.

IV. As to **COUNT TWO** of the Indictment, charging the defendant **CARLOS JIMENEZ** with possession with intent to distribute heroin and distribution of heroin, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B)(i), we, the jury, find the defendant **CARLOS JIMENEZ**:

_____ NOT GUILTY          _____ GUILTY

If your verdict is NOT GUILTY, stop here, and date and sign the verdict slip.

If your verdict is GUILTY, please answer question V.

V. With respect to **COUNT TWO**, was the quantity of heroin that the defendant **CARLOS JIMENEZ** possessed with intent to distribute or distributed 100 grams or more of a mixture or substance containing a detectable amount of heroin?

_____ NO          _____ YES

The foregoing represents the unanimous decision of the jury.

_____          _____
DATE                                                    FOREPERSON