UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>     v. )<br>)<br>(1)    IVAN CRUZ-RIVERA and )<br>(2)    CARLOS JIMENEZ )<br>)<br>          Defendants. )<br>) | Docket No. 16-CR-40025-TSH |

**UNITED STATES' MOTION IN LIMINE CONCERNING THE ADMISSIBILITY OF RULE 5 DOCUMENTS BEARING DEFENDANT'S SIGNATURE**

The United States, through United States Attorney Andrew E. Lelling and Assistant United States Attorneys Michelle L. Dineen Jerrett and William F. Abely, hereby respectfully requests that the enclosed documents from the docket in this case (hereafter, the "Rule 5 Documents") be admitted as evidence at trial.

As support for this motion, the United States submits that each of the Rule 5 Documents bear the signature of Defendant Ivan Cruz-Rivera, and that the United States intends to introduce another document at trial (a receipt) that also appears to bear his signature.   Pursuant to 28 U.S.C. § 1731, the "admitted or proved handwriting of any person shall be admissible for purposes of comparison, to determine the genuineness of other handwriting attributed to such person."   Because the Rule 5 Documents bear the proven signature of this Defendant, they are thus admissible for purposes of comparison. *See also United States v. Keene*, 341 F.3d 78, 84 (1st Cir. 2003) (the trier of fact is entitled to make a comparison between proven handwriting and other handwriting).

As further support for this motion, the United States notes that the Rule 5 Documents have been redacted to remove any potentially prejudicial information.

For the foregoing reasons, the United States respectfully submits that the enclosed Rule 5 Documents should be admitted into evidence at trial.

                Respectfully submitted,

                ANDREW E. LELLING
                United States Attorney

By:   */s/ William F. Abely*
       MICHELLE L. DINEEN JERRETT
       WILLIAM F. ABELY
       Assistant U.S. Attorneys
       United States Attorney's Office
       District of Massachusetts
       Donohue Federal Building
       595 Main Street
       Worcester, Massachusetts 01608
       William.Abely@usdoj.gov

Date:   November 5, 2018

## CERTIFICATE OF SERVICE

This is to certify that I have served counsel of record for the Defendants a copy of the foregoing document by ECF.

                */s/   William F. Abely*
                WILLIAM F. ABELY
                Assistant U.S. Attorney

Dated: November 5, 2018

## RULE 7.1 CERTIFICATION

This is to certify that counsel to the United States has conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue.

                */s/   William F. Abely*
                WILLIAM F. ABELY
                Assistant U.S. Attorney

Dated: November 5, 2018