AO 98 (Rev. 11/07) Appearance Bond

# UNITED STATES DISTRICT COURT

District of     PUERTO RICO

UNITED STATES OF AMERICA
V.
Ivan Cruz-Rivera

**APPEARANCE BOND**

Defendant

Case Number: 16-mj-00714-BJM-1

RECEIVED & FILED 2016 MAY -6 PM 3:23

☐ Non-surety: I, the undersigned defendant acknowledge that I and my . . .
☑ Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __Redacted__ , and there has been deposited in the Registry of the Court the sum of
$ __Redacted__ in cash or __Redacted__ (describe other security).

The conditions of this bond are that the defendant __Ivan Cruz-Rivera__
                                                                                Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review), which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __5/6/2016__ at __San Juan, PR__
                                      Date                                     Place

Defendant _/s/_ Ivan Cruz-Rivera, Dorado, PR

Surety _/s/_ Emmanuel Cruz Rivera, Dorado, PR

Surety _/s/_ Emmanuel Cruz Rivera, Dorado, PR

Signed and acknowledged before me on __05/06/2016__
                                                                  Date

_/s/_
Signature of Judge/Clerk

Bond Approved: _____
                                     Signature of Judge

Case 4:16-cr-40025-TSH Document 78-1 Filed 11/05/18 Page 2 of 3
Case 3:16-mj-00714-BJM Document 10 Filed 05/06/16 Page 3 of 3

AO 199C (Rev. 09/08) Advice of Penalties     Page 3 of 3 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than [Redacted] and for a federal misdemeanor offense the punishment is an additional prison term of not more than [Redacted] This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to [Redacted], to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by [Redacted] – you will be fined not more than [Redacted] or imprisoned for not more than [Redacted], or both;
(2) an offense punishable by imprisonment for a term of [Redacted] or more, but less than [Redacted] – you will be fined not more than [Redacted] or imprisoned for not more than [Redacted], or both;
(3) any other felony – you will be fined not more than [Redacted] or imprisoned not more than [Redacted], or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than [Redacted], or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Dorado, Puerto Rico
*City and State*

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 5/6/16

_____
*Judicial Officer's Signature*

Bruce J. McGiverin, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION: COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 16 - 714 (BJM) |
| Ivan Cruz-Rivera ) | |
| ) | Charging District's Case No. 16-mj-4233 - DHH |
| Defendant ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Massachusetts

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[X] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   05/06/2016

*Defendant's signature*

*Signature of defendant's attorney*

AFPD Vivian I. Torralbas - Halais
*Printed name of defendant's attorney*