UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Docket No. 16-CR-40025-TSH |
| (1)   IVAN CRUZ-RIVERA and | ) |
| (2)   CARLOS JIMENEZ | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT'S MOTION TO WITHDRAW ECF#182**

The defendant, Carlos Jimenez, by and through undersigned counsel, hereby respectfully moves this Honorable Court to allow him to withdraw his *Motion in Limine to Preclude Admission of Phone Records Relative to a Tracfone*, ECF#182. As grounds therefor, the government has provided the defense with authenticating materials as soon as they were available. Accordingly, the motion no longer has the factual basis upon which it was premised. The defendant respectfully reserves the right to raise an objection to the records if it appears an insufficient foundation has been laid for their admission at the time they are offered.

Dated: November 9, 2018

                                              Respectfully submitted,
                                              CARLOS JIMENEZ
                                              By and through his attorneys,

                                              /s/ *R. Bradford Bailey*
                                              R. Bradford Bailey, BBO#549749
                                              Adamo Lanza, BBO#689190
                                              BRAD BAILEY LAW, P.C.
                                              44 School Street, Suite 1000B
                                              Boston, MA 02108
                                              Tel.: (857) 991-1945
                                              Fax: (857) 265-3184

brad@bradbaileylaw.com

**<u>Certificate of Service</u>**

I, R. Bradford Bailey, hereby certify that on this the 9th day of November, 2018, I caused a true copy of the foregoing motion to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

*/s/ R. Bradford Bailey*
R. Bradford Bailey, Esq.
