UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Docket No. 16-CR-40025-TSH |
| (1)  IVAN CRUZ-RIVERA and | ) | |
| (2)  CARLOS JIMENEZ | ) | |
| | ) | |
| Defendants. | ) | |

## Government's Amended Exhibit List (11/13/18)

| | Description |
|---|---|
| 1 | DEA Exhibit 12 (heroin purchased by CS from SG 10/4/2013) |
| 2 | DEA Form 7 and Laboratory Report relating to Exhibit 12 (00048-49) |
| 3 | Photograph #1 of money and cell phones seized from NJ Lexus (00189) |
| 4 | Photograph #2 of money seized from NJ Lexus (00190) |
| 5 | N-84 Envelope from Agustin Flores to Segundo Gutierrez (00177) |
| 6 | N-85 Receipt from Ivan Cruz Rivera to Raquel Flores for $2000 (00177) |
| 7 | Photocopy of (2) $1000 money orders send to Segundo Gutierrez by Agustin Flores (00178) |
| 8 | Rule 5 documents signed by Ivan Cruz-Rivera |
| 9 | Statement of Ivan Cruz-Rivera regarding $44,000 seized (00093) |
| 10 | Documents submitted by Ivan Cruz-Rivera to Worcester County District Attorney's Office making claim against $44,000 seized (00094-100 and 00179-84) |
| 11 | Traffic Citation issued to Carlos Jimenez on 10/4/2013 (01408-09) |
| 12 | N-45 (audio / video recording from UC vehicle on 10/4/2013) (00224) |
| 13 | Transcript / Translation of N-45 (01713-52) |
| 14 | N-46 (audio / video recording from CS's person on 10/4/2013) (00225) |

| 15 | Transcript / Translation of N-46 (01753-97) |
|---|---|
| 16 | N-48 (consensually recorded telephone call on 10/14/2013) (00226) |
| 17 | Transcript / Translation of N-48 (01798-806) |
| 18 | N-49 (audio / video recording of meeting on 10/22/2013) (00227) |
| 19 | Transcript / Translation of N-49 (01807-21) |
| 20 | Verizon Wireless bills for Segundo Gutierrez (978-868-3324) (00138-65) |
| 21 | Verizon Wireless bills for Christine Jimenez (732-887-2581) (00166-75) |
| 22 | Tracfone Wireless records for 787-222-8866 (01515-17; 01530-31; and 01959-2061) |
| 23 | Verizon Wireless records for 978-868-3324 (01532-654 and 01693) |
| 24 | Verizon Wireless records for 732-887-2581 (01532-654 and 01690) |
| 25 | What's App Messages from Segundo Gutierrez phone with 787-222-8866 (01663-67) |
| 26 | Transcript / Translation of What's App Messages from Segundo Gutierrez phone with 787-222-8866 (01863-68) |
| 27 | CV for Senior Forensic Chemist Vadim Astrakhan (01446-47) |
| 28 | CV for Trooper Felipe Martinez (01448-50) |
| 29 | Recorded telephone call from Segundo Gutierrez made from prison in FL to Ivan Cruz-Rivera 12/1/2014 at 9:12 am (00222) |
| 30 | Transcript / Translation of 12/1/2014 call at 9:12 am (01822-25) |
| 31 | Recorded telephone call from Segundo Gutierrez made from prison in FL to Ivan Cruz-Rivera 12/1/2014 at 10:20 am (00223) |
| 32 | Transcript / Translation of 12/1/2014 call at 10:20 am (01826-39) |
| 33 | Recorded telephone call from Segundo Gutierrez made from Wyatt to Ivan Cruz-Rivera 7/15/2015 at 1:32 pm (00217) |
| 34 | Transcript / Translation of 7/15/2015 call at 1:32 pm (01840-44) |
| 35 | Recorded telephone call from Segundo Gutierrez made from Wyatt to Ivan Cruz-Rivera 7/15/2015 at 3:48 pm (00216) |
| 36 | Transcript / Translation of 7/15/2015 call at 3:48 pm (01845-50) |
| 37 | Wyatt Call Detail Report for 7/15/2015 (00214-15) |

| 38 | Recorded telephone call from Segundo Gutierrez made from Wyatt to Ivan Cruz-Rivera 7/21/2015 at 1:06 pm (00221) |
|---|---|
| 39 | Transcript / Translation of 7/21/2015 call at 1:06 pm (01851-54) |
| 40 | Recorded telephone call from Segundo Gutierrez made from Wyatt to Ivan Cruz-Rivera 7/21/2015 at 5:13 pm (00220) |
| 41 | Transcript / Translation of 7/21/2015 call at 5:13 pm (01855-62) |
| 42 | Wyatt Call Detail Report for 7/21/2015 (00216-17) |
| 43 | BOP records relating to calls from Segundo Gutierrez (00236-239) |
| 44 | Recording with dispatch from 10/4/2013 car stop (00914) |
| 45 | Photograph of Ivan Cruz-Rivera identified by Segundo Gutierrez (00088) |
| 46 | Photograph of Carlos Jimenez identified by Segundo Gutierrez (00089) |
| 47 | N-67 Segundo Gutierrez iPhone |
| 48 | Surveillance notes from 10/4/2013 (01381-85 and 01397-404) |
| 49 | Photographs of 105/107 Union Street January 2014 (01679-89) |
| 50 | Segundo Gutierrez Cooperation Agreement (00895-99) |
| 51 | Detection Records relating to Jari (00271-451) |
| 52 | Training Records relating to Jari (00452-881) |
| 53 | Certification Records for Trooper Patrick Robinson and K-9 Jari (00882-83) |

The government reserves the right to supplement this list with additional exhibits identified in the discovery or as the need to call additional witnesses becomes clear during trial preparation.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:   */s/ Michelle L. Dineen Jerrett*
        MICHELLE L. DINEEN JERRETT
        WILLIAM F. ABELY
        Assistant United States Attorneys
        United States Attorney's Office
        595 Main Street
        Worcester, Massachusetts 01608
        michelle.dineen.jerrett@usdoj.gov

Dated: November 13, 2018

CERTIFICATE OF SERVICE

This is to certify that I have served counsel of record for the Defendant a copy of the foregoing document by ECF.

        */s/ Michelle L. Dineen Jerrett*
        MICHELLE L. DINEEN JERRETT
        Assistant U.S. Attorney

Dated: November 13, 2018