# BILINGUAL FORENSIC TRANSCRIPT
# OF SIX (6) SEPARATE RECORDINGS

Content from 6 AV files from CD labeled: Exhibit N-46: CC-12-0169: 10-22-13:
Consensual recorded audio and video from Confiential Source's person
Prepared for U.S. District Court for the District of Massachusetts Criminal Case:
U.S. v. Ivan Cruz-Rivera and Carlos Jimenez, 16-CR-40025-TSH
*Transcribed and Translated by:*
*Joaquín Font, United States Court Certified Interpreter*

## Participants & Voice Designations

| | | |
|---|---|---|
| **Voice 1** | - | **TFO** - **TFO JOHN MAKI** |
| **Voice 2** | - | **UC** - **UNDERCOVER OFFICER (driver)** |
| **Voice 3** | - | **CS (CONFIDENTIAL SOURCE) (passenger)** |
| **Voice 4** | - | **SG (SEGUNDO GUTIERREZ))** |
| **Voice 5** | - | **V5** |
| **Child Voice** | - | **CV** |
| **Female Voice** | - | **FV** |
| **Voice 6** | - | **OV (OFFICER VOICE OR VOICES)** |

Note 1: Voice Designations provided by the U.S. Attorney's Office in Worcester, Massachusetts.
Note 2: Frequent radio broadcast and occasional faintly audible cellphone speech in background.

## Transcription Key

| | |
|---|---|
| [] | encloses transcriber-translator's notes or interpretation |
| **[p]** | pause |
| **[UI]** | unintelligible utterance or set of utterances |
| / | Separates two options in a transcription or translation, both of which are valid, the first of which is considered superior |
| **[o]** | overlapping voices |
| *Italics* | Italics in the left-hand transcription column indicate Spanish source language; in the right-hand translation column, they indicate emphasis in tone by the speaker. |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

1 of 45

## Time Code

Note: Each of the eight sections below corresponds to the eight recordings in Exhibit 45, whose time code is discontinuous from one to the other. For ease of reference and review, time code is provided at several points in the content, and also at every two minutes of the recordings.

# INDEX

**(Descriptions provided by U.S. Atttorney's Office in Worcester, Massachusetts.)**

**FIRST RECORDING:**            P. __

**SECOND RECORDING:**          P. __

**THIRD RECORDING:**            P. __

**FOURTH RECORDING:**          P. __

**FIFTH RECORDING:**            P. __

**SIXTH RECORDING:**            p. __

**Linguist's Certification:**        P. __

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

2 of 45

## FIRST OF SIX RECORDINGS

| | | Transcription | Translation |
|---|---|---|---|
| 1. | TFO | **[11:56:29]** [Start of recording] **[11:56:33]** TFO John Maki, October fourth, two thousand thirteen. CS is attempting to make a hundred-and-twenty-five-gram heroin buy from Segundo Gutierrez at one oh seven Union Street, Leominster. [Car sound] Alright. He'll show you how to get there. | **[11:56:29]** [Start of recording]**[11:56:33]** TFO John Maki, October fourth, two thousand thirteen. CS is attempting to make a hundred-and-twenty-five-gram heroin buy from Segundo Gutierrez at one o seven Union Street, Leominster. [Car sound] Alright. He'll show you how to get there. |
| | | | |
| 61. | CS | **[00:14:05]** [Gets out of car and speaks towards building:] *¿Cómo está, caballero?* **[00:14:10]** [Music is turned off] [Coughs, spits] | **[00:14:05]** [Gets out of car and speaks towards building:] How are you doing, sir? **[00:14:10]** [Music is turned off] [Coughs, spits] |
| 62. | SG | *Déjame traértelo.* | Let me bring it to you. |
| 63. | CS | *¿Cómo está, caballero? ¿Tú te acuerdas, que yo vine con el* truck [o] *el otro día?* | How are you doing, sir? You remember, that I came with the truck [o] the other day? |
| 64. | SG | Oh! *Dale, pasa, pasa, pasa.* | Oh! Right, come in, come in, come in. |
| 65. | CS | *Que estoy llamando es* [o] *al* [UI]. | Just that I'm calling the [UI]. |
| 66. | SG | *¿Con quién tú viniste?* | Who did you come with? |
| 67. | CS | *Ah… oh… es un pana mio.* | Uh… oh… that's a buddy of mine. |
| 68. | UC | *¿Cómo estamos, papi?* | How are you doing, bro? |
| 69. | CS | *Ese hom-… hombre es…* | That ma-… man is… |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

3

| 70. | SG | Uh? | | Uh? |
|---|---|---|---|---|
| 71. | CS | *El ese llama… Es este pana mío, tú sabes. Pero… estoy llamando a ése hombre, y…* | | He's called… That's this buddy of mine, you know. But… I'm calling that guy, and… |
| 72. | SG | *Caballero, ¿ [UI]?* | | Gentleman, [UI]? |
| 73. | CS | *Sí, pero, el teléfono… el teléfono que él tiene está… el… el… el número que él me… él me llam-… él me dio un número que a mí se me olvidó guardarlo. So, el número que yo tengo es el viejo, el de él.* | | Yeah, but the phone… the phone that he has is… the… the… the number that he calls me… he call-… he gave me a number that I forgot to save. So, the number that I have is the old one, his. |
| 74. | SG | *Sí, yo te lo doy ahora, papi.* | | Yes, I'll give it to you now, bro. |
| 75. | CS | *Está bien.* | | That's fine. |
| 76. | V5 | [To a child:] *Omar, deja eso.* [o] *Lo vas a romper.* | | **[12:07:28]** [To a child:] Omar, drop that. [o] You're gonna break it. |
| 77. | SG | *Anoche estábamos juntos, porque…* | | We were together yesterday, because… |
| 78. | V5 | [To the child:] *Te estás ensuciando el* jacket. | | [To the child:] You're getting your jacket dirty. |
| 79. | SG | *…tenemos una situación que se…* | | …we have a situation that… |
| 80. | V5 | *Dale pa' allá.* | | Go over there. |
| 81. | SG | *Que cuando le ven los huevos al perro, dicen que es macho.* | | That when they see the dog's balls, they say he's a male. |
| 82. | CS | Uh, ha, ha, ha, ha, ha! | | Uh, ha, ha, ha, ha, ha! |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

4

| 83. | SG | *Y yo que… yo no salgo de mi casa a… a… a… a las seis de la tarde. Después de las seis, no salgo.* | As for me… I don't go out of my house at… at… at… at… six in the afternoon. After six, I don't go out. |
|-----|-----|-----|-----|
| 84. | CS | *¿Cuál es, monstruo?* | Which one is it, boss? |
| 85. | SG | *Cinco, cero, ocho.* | Five, zero, eight. |
| 86. | V5 | *Siéntate ahí.* | Sit down right there. |
| 87. | SG | *Cinco, cero, ocho.* | Five, zero, eight. |
| 88. | V5 | *Siéntate ahí.* | Sit down right there. |
| 89. | SG | *Seis, treinta.* | Six, thirty. |
| 90. | CV | Ah, ha, ha, ha, ha! | Ah, ha, ha, ha, ha! |
| 91. | CS | OK, *seis, treinta.* | OK, six, thirty. |
| 92. | V5 | *No hales eso. Déjalo así.* | Don't pull that. Leave it like that. |
| 93. | CS | *Seis, cinco.* | Six, five. |
| 94. | SG | *Seis,* [o] *tres.* | Six, [o] three. |
| 95. | CS | *Seis, tres… --No, yo estaba buscando…algo…* | Six, three—No, I was looking for…something… |
| 96. | CV | *[UI]* | [UI] |
| 97. | SG | *¿Cuánto?* | How much? |
| 98. | CS | *Como dijimos,* [o] *uno veinticinco.* | Like we said, [o] one twenty-five. |
| 99. | V5 | *La silla es pa' sentar. No es para jugar.* | The chair is for seating. It's not for playing. |
| 100. | SG | *Vamos a hablar.* | Let's talk. |
| 101. | CS | *¿Inglés o español? Ha, ha, ha, ha, ha!* | English or Spanish? Ha, ha, ha, ha, ha! |
| 102. | SG | *Jeringonza.* | Word play. |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

5

| 103. | CS | *Jeringonza!* Ha, ha, ha! | Word play ! Ha, ha, ha! |
|------|----|---------------------------|------------------------|
| 104. | V5 | *¿Pero tú estás en un choque?* | Are you in a crash? |
| 105. | SG | [UI] *Dame un momentito.* What is that?<br><br>**[12:12:00]** | [UI] Give me a moment. What is that?<br><br>**[12:12:00]** |
| 106. | CS | *¿Tú tienes un cigarrillo?* | You got a cigarette. |
| 107. | SG | *Yo busco a ver. Están… Todos los tengo aquí.*<br><br>*Es que estoy buscando los "garet"* [UI] *[o]*<br><br>*Los "garet" son un cigarrillo…* | Let me look. They're… I have them all<br><br>here. I'm just looking for the "garets"<br><br>[UI] [o] The "garets" are a cigarette… |
| 108. | CS | *Es un cigarrillo, na' más.* | It's a cigarette, that's it. |
| 109. | SG | *Los* Newport Light, bitch style. | The Newport Light, bitch style. |
| 110. | CS | Uh, ha, ha, ha! You're crazy. | Uh, ha, ha, ha! You're crazy. |
| 111. | SG | [Background coughing] *Escúchate, jefe.*<br><br>*¿cuánto él te está cobrando a ti?* | [Background coughing] Listen, boss.<br><br>How much is he charging you? |
| 112. | CS | *Eso es el punto. Por eso es que yo quiero venir*<br><br>*donde ti.* [Background coughing] *Porque él me*<br><br>[Alarm or ring sound] *va a cobrar diferente*<br><br>*precio.* | That's the point. That's why I want to<br><br>come to you. [Background coughing]<br><br>Because he's going to [Alarm or ring<br><br>sound] charge me a different price. |
| 113. | SG | *Dame un minutito para que atiend-…* | Give me a minute so that I can atten-… |
| 114. | CV | [UI] | [UI] |
| 115. | SG | *Dímelo, jefe.* [Unintelligible voice on phone] | What's up, boss? [Unintelligible voice on<br><br>phone] |
| 116. | CV | [UI]. | [UI]. |
| 117. | SG | [Unintelligible voice on phone] [Metal<br><br>clanging] *No te preocupes. Síguelo. Síguelo* | [Unintelligible voice on phone] [Metal<br><br>clanging] Don't worry. Keep going. |

Certified Transcription Translation JF-2016-002-Exhibit 46<br>Transcribed & Translated by Font Translations – www.fonttranslations.com

6

| | | | |
|---|---|---|---|
| | | *hasta que tú veas la salida* Fitchburg. *¿En qué salida tú estás?* | Keep going until you see the exit for Fitchburg. You're by what exit? |
| 118. | CS | [Metal clanging] *Tiene dos* [UI]. | [Metal l] He has two [UI]. |
| 119. | SG | *En la treinta y uno, papi.* [p] [Metal clanging] *Ajá, con la efe, sí.* | At thirty-one, bro. [p] [Metal clanging] Uh-huh, with the F's, yeah. |
| 120. | FV | [UI] | [UI] |
| 121. | CV | *Ay!* | Oh! |
| 122. | SG | *OK, pues está bien.* [p] *Sí, la uno noventa. Síguelo, síguelo. Vas bien. Vas bien. Síguelo, que todavía te falta como veinte minutos. Ni como… como quince… quince minutitos. Sí, estás en la uno noventa. Estás aquí en Leominster. Síguelo pa' Fitchburg. OK? OK, pues hay… recuérdate que aquí… este… eh… Te hablo acá, ¿OK, papito? Va… va a estar to'ito bien. OK. OK, bye.* | OK, well, that's fine. [p] Yeah, one ninety. Keep going, keep going. You're doing fine. Keep going, that you still have like twenty minutes left. Not even like… like fifteen… fifteen minutes. Yeah, you're on one ninety. You're here in Leominster. Keep going towards Fitchburg. OK? OK, then there… remember that here… uhm… uh… I'll talk to you over here. OK, buddy? Everything… Everything is going to be alright. OK. OK, bye. |
| 123. | CS | *¿Ése es ese carro que está ahí?* | That's the car that's there? |
| 124. | SG | *No, ése es del amigo mio.* | No, that's a friend of mine's. |
| 125. | CS | *Parece igualito a ese carro, ah.* | It looks the same as that car, uh. |
| 126. | SG | *Sí. Pero yo pinté el mío primero que él.* | Yeah. But I painted mine first before him. |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

7

| 127. | CS | *Vaya.* | Got it. |
|------|----|---------|---------|
| 128. | SG | *Sí.* | Yeah. |
| 129. | CS | *¿Él te copió entonces?* | He copied you then? |
| 130. | SG | *Sí.* | Yeah. |
| 131. | CS | Ha, ha, ha, [o] ha, ha! | Ha, ha, ha, [o] ha, ha! |
| 132. | SG | *No, el di-… cuando yo le enseñé, a mí… a… Fue que nos presentó un amigo de nosotros.* | No, he s-… when I showed it to him, to me… to… A friend was the one who introduced us. |
| 133. | CS | Uh-huh. | Uh-huh. |
| 134. | SG | *Me di-… me dice: "Mira, Boro, [o] tiene el mismo color que el tuyo."* | He t-… he told me: "Look, Boro, [o] it has the same color as yours." |
| 135. | CS | *Sí.* [UI] | Yeah. [UI] |
| 136. | SG | *…y yo le digo… y yo lo veo y digo: "Oh, shit." Cuando le enseño el mío y él me dice: "Guau, pero éstos son profesionales. Éstos son cinco [o] [UI] segundos, siete segundos…* | …and I told him… and I look at it and say: "Oh, shit." When I show him mine and he says: "Wow, but these are professional ones. These are five [o] [UI] seconds, seven seconds… |
| 137. | CS | *No, me le estás… Está cabrón, ah.* | No, you're… It's fucked up, uh. |
| 138. | SG | *…*[UI] *millas.* | …[UI] miles. |
| 139. | CS | *No, porque… llegando al punto.* | No, because… getting to the point. |
| 140. | SG | *Dame… Dame un segundito que esto es algo bien importante.* | Give me… Give me a second that this is something very important. |
| 141. | CS | *Dale, dale, dale. No te preocupes.* | Go ahead, go ahead, go ahead. Don't worry. |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

8

| 142. | CV | [UI] [p]                    **[12:14:00]** | [UI] [p]                    **[12:14:00]** |
|------|----|----|----|
|      |    | *¿Qué es eso que [UI]?* | What's that that [UI]? |
| 143. | SG | *La salida de K-Mart es la treinta y uno, ¿verdad?* [Background conversation] | The K-Mart exit is thirty-one, right? [Background conversation] |
| 144. | CS | *La de K-Mart es la salida siete.* | K-Mart's is exit seven. |
| 145. | SG | *No. K-Mart, K-Mart.* | No. K-Mart, K-Mart. |
| 146. | CS | *Oh, K-Mart, sí, la treinta y uno, [o] la treinta y uno.* | Oh, K-Mart, yeah, thirty-one [o] thirty-one. |
| 147. | SG | OK. *Ya.* | OK. Got it. |
| 148. | CS | *Yo pensaba que era Walmart que estaba dic-… me equivoque.* | I thought it was Walmart that he was sa-…I made a mistake. |
| 149. | SG | *Sí, ya.* | Yeah, got it. |
| 150. | CS | OK, OK. | OK, OK. |
| 151. | SG | *Oye, pai, escúchate esto: Ya Papo… ya… este… Iván está aquí por el mall. Avanza, y… y haz lo que tienes que hacer y ve… y dale pa'… pa' ahí, pa' la… pa' la mobile de K-Mart. Espéralo que salga.* [Unintelligible voice on phone] *Pero avanza, que no los quiero por ahí.* [Unintelligible voice on phone] *Ve donde centro… ve donde centro, y síguelo corriendo… No. Ve donde centro, y después ve… dale… Dale pa'l garaje de K-Mart. Él te va a perseguir, OK? OK, bye. [UI], pues.* | Look, bro, listen to this: Papo already… already… Ivan is here by the mall. Hurry up and… and do what you gotta do and go… and go to… there, to the… to the K-Mart's mobile. Wait for him to come out. [Unintelligible voice on phone] But hurry up, 'cause I don't want you around there. [Unintelligible voice on phone] Go to the center… go to the center and keep going… No. Go to the center and then go… go… go to K-Mart's garage. He's |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

9

| | | | |
|---|---|---|---|
| | | | going to follow you, OK? OK, bye. [UI], then. |
| 152. | **CS** | *Entonces…* | Then… |
| 153. | **SG** | *Sí.* | Yeah. |
| 154. | **CS** | *…él me cobra diferentes precios to' el tiempo.* | …he charges me different prices all the time. |
| 155. | **SG** | *¿Cuánto él te está cobrando [o] los [UI]?* | How much is he charging you for the [UI]? |
| 156. | **CS** | *A… a veces setenta, setenta y cinco, a veces me cobra sesenta y cinco, a veces me cobra sesen-… Yo… Eh…* | Some… sometimes seventy, seventy-five, sometimes he charges me sixty-five, sometimes he charges me sixt-… I… Uh… |
| 157. | **CV** | *¡Hola! [Unintelligible background voice]* | Hi! [Unintelligible background voice] |
| 158. | **CS** | *¿Me entiendes? Entonces estoy que… yo quiero algo que sea directo. Esto es lo que va a pasar cada vez que yo venga.* | You understand? So, I'm like… I want something straight. This is how it's gonna happen every time I come. |
| 159. | **SG** | OK. | OK. |
| 160. | **CS** | *¿Me entiendes?* | You understand? |
| 161. | **SG** | *Yo te puedo decir lo siguiente…* | I can tell you this… |
| 162. | **CS** | *A…* | To… |
| 163. | **SG** | *Yo puedo hacer eso por ti, pero que tú no le(s_ puedes decir na' allá abajo.* | I can do that for you, but you can't say anything down there [to him/them]. |
| 164. | **CS** | *No, no, no! Yo-… incluso, si yo te iba a decir. A mí no me importa si él se hace su ganancia* | No, no, no! I-… I was even gonna tell you. Me, I don't care if he makes his |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

10

| | | | |
|---|---|---|---|
| | | *to' el tiempo. Yo quiero algo fijo. ¿Me entiendes? A mí no importa si "esto es lo que es, esto es lo que es, no va a cambiar", ¿me entiendes? Porque pa' eso estamos en la calle, ¿me entiendes? Estamos en la calle [o] pa' jodernos. ¿Me entiendes?* | profit all the time. I want something fixed. You understand me? I don't mind if it's "this is what it is, this is what it is, it's not gonna change", you understand me? Because that's why we're on the street, you understand? We're on the street [o] to work our asses off. You understand me? |
| 165. | SG | *Yo voy a hablar… yo voy a hablar con él. ¿Tú necesitas algo pa' hoy?* | I'm gonna talk… I'm gonna talk to him. You need something for today? |
| 166. | CS | *Sí,* [Alarm ringtone] *yo necesito algo.* | Yeah, [Alarm ringtone] I need something. |
| 167. | SG | *¡Ay, este tipo, Señor! ¿Por qué el puertorri-…?* Hello! [Background conversation] Hello? [Background conversation] Nigga, you're butt dialing. [Background conversation] | Oh, Lord, this guy! Why are Puerto Ric-…? Hello! [Background conversation] Hello? [Background conversation] Nigga, you're butt dialing. [Background conversation] |
| 168. | CS | So, I need… *ciento veinticinco.* | So, I need… a hundred twenty-five. |
| 169. | SG | *Ciento venticinco* [UI] *Como estás viendo la… desto… eso está en la calle ahí* [o] *en la mera grua, aunque no me lo creas.* | A hundred twenty-five [UI]. As you can see, the… this… this is on the street over there [o] barely on the truck, believe it or not. |
| 170. | CS | Ah, ha, ha, ha, ha, ha, ha! | Ah, ha, ha, ha, ha, ha, ha! |
| 171. | SG | *¿Me entiendes?* | You understand? |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

11

| 172. | CS | So, *entonces, ¿cuánto tiempo pa' yo volver pa' atrás?* | So, then, how long for me to come back? |
|------|----|----|----|
| 173. | SG | *Vente tardecito, papi. Vente como a las…* | Come much later, bro. Come like at… |
| 174. | CS | **[12:16:00]**<br><br>*Tengo que hacer algo como a las dos de la tarde.* | **[12:16:00]**<br><br>I have to do something like at two in the afternoon. |
| 175. | SG | Uh? | Uh? |
| 176. | CS | *Tengo que hacer algo como a las dos de la tarde.* | I have something to do at two in the afternoon. |
| 177. | SG | *¿Tú no trabajas hoy?* | You're not working today? |
| 178. | CS | *No, pero tengo que hacer algo. Tengo que tenerlo igual, es.* [Alarm ring tone] | No, but I have to do something. I have to have it anyways. [Alarm ring tone] |
| 179. | SG | *Entonces, ¿tienes que tenerlo pa' las dos?* | Then, you gotta have it at two? |
| 180. | CS | *Sí. No, no. Antes de las dos, porque tengo que hacer algo después de esa hora.* | Yeah. No, no. Before two. Because I have to do something after that time. |
| 181. | SG | Hello! *¿En las seis?* | Hello! By six? |
| 182. | CV | Woooo! | Woooo! |
| 183. | V5 | *¿Qué yo* [o] *te dije de eso?* | What did I [o] say to you about that? |
| 184. | SG | *Sí, por…* por Union Street. *Está bien.* | Yeah, by… by Union Street. That's fine. |
| 185. | CS | [UI] | [UI] |
| 186. | SG | *Sí, síguelo, síguelo, síguelo. Está bien. En la seis.* | Yeah, keep going, keep going, keep going. That's fine. |
| 187. | CS | *Sí, el mismo. Derecho… De…* | Yeah, that one. Straight… St-… |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

12

| 188. | SG | *Sí, él está aquí al lado. Está aquí al lado mío.* | Yeah, he's right here. He's right here beside me. |
|------|-----|-----------------------------------------------------|---------------------------------------------------|
| 189. | CS | *Derecho…* | Straight… |
| 190. | SG | *Síguelo por… por… por la salida… eh… [o] por el GPS…* | Keep going to… to… to the exit… uh… [o] by the GPS… |
| 191. | CS | *Ésa es la cinco, este… Ésa es la cinco, este…* | That's five, uhm… That's five, uhm… |
| 192. | SG | *…que te va a tirar donde yo estoy ahora. Sí, yo estoy ahí ahora, en esa dirección. OK, bye. Sí, ése lo trae aquí.* | …that is going to take you to where I am now. Yeah, I'm here now, in that address. OK, bye. Yeah, he'll bring it here. |
| 193. | CS | *Sí, esa mismita, la de la Center.* | Yeah, that one, the Center one. |
| 194. | SG | *Sí, la seis.* | Yeah, six. |
| 195. | CS | Uh-huh. | Uh-huh. |
| 196. | SG | *Pues…* | Well… |
| 197. | CS | *Pues dime más o menos qué tú piensas.* | Well, tell me more or less what you think. |
| 198. | SG | *Uhm…* | Uhm… |
| 199. | CS | *Para yo saber.* | For me to know. |
| 200. | SG | *¿Me puedes dar hasta la una y media?* | Can you give me until one thirty? |
| 201. | CS | *Claro.* | Sure. |
| 202. | SG | OK. *Está to'.* | OK. All set. |
| 203. | CS | *Precio.* | Price. |
| 204. | SG | *¿Cuánto él te cobró esta última vez?* | How much did he charge you last time? |
| 205. | CS | *Ses-… Ah… Me cobró sesenta.* | Six-… Uh… He charged me sixty. |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

13

| 206. | **SG** | Sixty? | Sixty? |
|------|--------|--------|--------|
| 207. | **CS** | *Sí,* sixty. | Yeah, sixty. |
| 208. | **SG** | OK. | OK. |
| 209. | **CS** | *A mí no me impor-… si… ah… yo lo que quiero es que se… que esté bueno. A mí no me importa pagar… a mí no me importa pagar algo extra. Después que esté bueno… eso es lo que vale.* [Unintelligible background voice] *Porque cuando yo lo tiro pa' la calle, si está bueno, es rápido. Si está m-… malo, es bien lento. ¿Me entiendes?* | I don't car-… if… uh… what I want is that… it to be good stuff. I don't care about paying… I don't care about paying something extra. As long as it's good stuff… that's what has value. [Unintelligible background voice] Because when I push it on the street, if it's good, it's quick. If it's b-… bad, it's very slow. You understand me? |
| 210. | **SG** | *¿Y cómo se fue lo último que tú pediste?* | And how did the last thing that you ordered go? |
| 211. | **CS** | *Eso se fue allí between dos.* | That was gone there between [/by] two. |
| 212. | **SG** | *Entre dos… OK. Yo te voy a dar… Eso fue a sesenta… ¿Estás seguro que fue a sesenta?* | Between two… OK. I'm going to give you… That was for sixty… Are you sure that was for sixty? |
| 213. | **CS** | *Sí.* | Yeah. |
| 214. | **SG** | OK. Es que [UI]… | OK. The thing is that [UI]… |
| 215. | **CS** | *Déjame ver* [o] *cuánto… dámelo… da-…* | Let me see [o] how much… give me… giv-… |
| 216. | **SG** | *No, no, no.* | No, no, no. |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

14

| 217. | CS | *Tú me lo puedes dar a sesenta y cinco, ¿me entiendes? Yo te lo… Después de que esté ahí. Mira, que yo vine prepara'o. Yo vine… fue* ready. *Siempre ando* ready *cuando voy a hacer eso. ¿Me entiendes?* Ha, ha, ha. | You can give it to me for sixty-five, you understand? I… As long as it's there. Look, 'cause I came prepared. I came… was ready. I'm always ready when I'm going to do that. You understand me? Ha, ha, ha. |
|------|-----|------|------|
| 218. | SG | Uhm… | Uhm… |
| 219. | CS | So, *tú me tienes que dejar saber.* | So, you gotta let me know. |
| 220. | SG | *Llámalo. Toma el número.* | Call him. Take the number. |
| 221. | CS | *Ya yo tengo apunta'o el número de él.* | I already wrote down his number. |
| 222. | SG | OK.<br><br>**[12:18:00]**<br><br>*Dame* like twenty minutes, *y llámalo.* | OK.<br><br>**[12:18:00]**<br><br>Give me like twenty minutes and call him. |
| 223. | CS | OK. | OK. |
| 224. | SG | *Y yo lo voy a llamar. Yo lo voy a tratar… Si no se despierta, se cagó en su puta suerte.* | And I'm gonna call him. I'm gonna try to… If he doesn't wake up, he's fuck out of luck. |
| 225. | CS | Ha, *eso es lo que pasa, que a veces es… es mucha espera.* | Ha, that's what happens, that sometimes it's… it's a long wait. |
| 226. | SG | Yeah. *Sí, sí,* I know, I know. Give me twenty minutes, but by one thirty you should have it in your hands, guaranteed. | Yeah. Yeah, yeah, I know, I know. Give me twenty minutes, but by one thirty you should have it in your hands, guaranteed. |
| 227. | CS | Alright. One thirty. | Alright. One thirty. |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

15

| 228. | SG | *Está to'.* | All set. |
|------|-----|-------------|----------|
| 229. | CS | I see you. *Gracias.* | I see you. Thank you. |
| 230. | CV | *¡Ay, ay!* | Oh, oh! |
| 231. | CS | Hey | Hey! |
| 232. | V5 | *¿Qué?* | What? |
| 233. | CS | [Gets into car, which quickly drives away.] At one thirty. I have to go back. | [Gets into car, which quickly drives away.] At one thirty. I have to go back. |
| 234. | UC | *¿A la una y media?* | At one thirty? |
| 235. | CS | Yeah. | Yeah. |
| 236. | UC | *¿No tenia na' ahí?* | He didn't have anything there? |
| 237. | CS | Nuh-uh. He's waiting for it right now. He's waiting for the big batch. [p] Go straight. [p] You can follow that truck right there. [p] [Phone rings]   **[12:20:00]** There you go. Miguelito called me. [p] Yo, what up? What up, son? *Nah, aquí tranquilo. Estoy buscando algo. Sí, pero yo te estaba llamando… a… el nu-… el… el número que… que tú me habías da'o, yo no lo guardé. Entonces te estoy llamando al otro número viejo, y… y me sale que no es, ¿entiendes?* So, *déjame chequear a ver aquí, si me dan el* | Nuh-uh. He's waiting for it right now. He's waiting for the big batch. [p] Go straight. [p] You can follow that truck right there. [p] [Phone rings]   **[12:20:00]** There you go. Miguelito called me. [p] Yo, what up? What up, son? Nah, cool over here. I'm getting something. Yeah, but I was calling you… to… the n-… the… the number that… that you'd given me, I didn't save it. So, I'm calling you to the old number, and… and I get that |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

16

| | | | | |
|---|---|---|---|---|
| | | *número de este hombre, para yo llamarte. So, entonces él me dijo a mí que te llame, so el, mira y tú me llamaste ahora.* [p] *Pues ciento veinticinco.* [p] That's goo-… It's OK. It's OK. Yeah, he told th-… he told me… he told me that he's go-… uh… uh… to call you, that he was gonna grab… have it ready before one thirty for me, so… OK, no problem. OK. [p] Yeah, definitely. But it's OK. I'll wait. I come and go. Uh, ha, ha, ha, ha, ha, ha! *No, yo le dije a… No, yo le dije:* "I'm… I'm always ready." Uh? *No, yo… yo… que… que… que… ¿Quién? ¿Cómo va a ser?* [p] Uh? [p] Hello? [p] *¿Qué pasó?* [p] Oh, OK. *Está bien. No hay problema.* [p] **[12:22:00]** Me… uh… uh… *Yo… déjame llamarte… déjame llamarte pa' atrás un segundo. Espérate. Déjame llamar… déjame llamar… déjame llamarte pa' atrás un segundo.* [p] | | that's not it, you understand? So, let me check here, if they give me this guy's number, so that I can call you. So, then he told me to call you, so he… look and he called me now.[p] Well, a hundred twenty-five. [p] OK. That's goo-… It's OK. It's OK. Yeah, he told th-… he told me… he told me that he's go-… uh… uh… to call you, that he was gonna grab… have it ready before one thirty for me, so… OK, no problem. OK. [p] Yeah, definitely. But it's OK. I'll wait. I come and go. Uh, ha, ha, ha, ha, ha, ha! No, I told… No, I told him: "I'm… I'm always ready." Uh? No, I… I… that… that… that… Who? How's that possible? [p] Uh? [p] Hello? [p] What happened? [p] Oh, OK. That's fine. No problem. [p] **[12:22:00]** Call… uh… uh... I… let me call you… let me call you back in a second. Wait. Let me call… let me call… let me call you back in a second. |
| 238. | **UC** | Why… why are you following him? | | Why… why are you following him? |
| 239. | **CS** | *Él me dijo que lo persiga a él.* | | He told me to follow him. |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

17

| 240. | **UC** | *Oh, ¿él te dijo que lo sigas?* I hope he's not going back to the same place. | Oh, he said to follow him? I hope he's not going back to the same place. |
|------|--------|--------|--------|
| 241. | **CS** | [p] OK. [p] [Clicking noises, possible dialing] [Apparently speaking now to the phone:] You want us to follow you? [p] Uh? OK. [p] Good, everything's good. We're gonna have… y-… Yeah, we're gonna have it in a little while. He says it's gonna be ready for me in a little while. [p] Yeah, everything is *perfecto. No problemo, Reimundo.* Uh, ha, ha, ha, ha! OK. OK. | [p] OK. [p] [Clicking noises, possible dialing] [Apparently speaking now to the phone:] I hope he's not going back to the same place. [p] OK. You want us to follow you? [p] Uh? OK. [p] Good, everything's good. We're gonna have… y-… Yeah, we're gonna have it in a little while. He says it's gonna be ready for me in a little while. [p] Yeah, everything is "perfecto". No "problemo", Reimundo. Uh, ha, ha, ha, ha! OK. OK. |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

18

## SECOND OF SIX RECORDINGS

| | | Transcription | | Translation |
|---|---|---|---|---|
| 277. | UC | **[13:36:57]** [Radio playing and continues below] …to one oh seven Union Street, [UI] [static noise] with… sorry… Segundo Gutierrez and consummate the original purchase of a hundred twenty-five grams of heroin. Ready to go! | | **[13:36:57]** [Radio playing and continues below] …to one oh seven Union Street, [UI] [static noise] with… sorry… Segundo Gutierrez and consummate the original purchase of a hundred twenty-five grams of heroin. Ready to go! |
| | | | | |
| 305. | CS | Oh. [To phone:] *Dime tú. Son la una y media. Uh?* OK. *Claro, eso es lo que… es… es que estoy por aquí… por aquí, por esta área. Llámalo a ver si puedo pasar a buscar eso y ya.* OK, bye. [p] You see. Now he's calling him to see if I can just go pick it up over there. …at the garage, not with Miguel. [To person outside:] *Éste lla-… Me dij-…* Uh… He's calling right now to see if I can go to pick it up at the garage. You know what I mean? Not with Miguel.… So… Pff, ha, ha, ha, ha, ha! [Coughs] [clears throat] [p] Huh. | | [To phone:] Tell me. It's half past one. Uh? OK. Sure, that's the… the… the thing, that I'm close by… close by, in this area. Call him to see if I can pass by to get that and that's it. OK, bye. [p] You see. Now he's calling him to see if I can just go pick it up over there. …at the garage, not with Miguel. [To person outside:] He's call-… He tol-… Uh… He's calling right now to see if I can go to pick it up at the garage. You know what I mean? Not with Miguel.… So… Pff, ha, ha, ha, ha, ha! [Coughs] [clears throat] [p] Huh. |
| | | | | |
| 324. | CS | **[13:48:00]** | | **[13:48:00]** |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

19

| | | | |
|---|---|---|---|
| | | [13:48:54] [Phone rings] *Dígame, caballero.* [p] Uh-huh. OK. [p] *No, no me acuerdo, no. No pu-… no puse atención a eso.* [p] OK. [p] OK. [p] Yeah. *Está to', está to'. Entonces yo… yo espero que él lo tenga* ready *entonces para yo buscarlo ahí.*<br><br>**[13:50:00]**<br><br>Uh, ha, ha. *¿Cuánto tiempo estamos en esto? Lo mismo, lo mismo, lo mismo ya. Ha.* [p] Uh, ha, ha, ha. [p] *Claro.* | [13:48:54] [Phone rings] Tell me, sir. [p] Uh-huh. OK. [p] No, I don't remember, no. I didn't p-… I didn't pay attention to that. [p] OK. [p] OK. [p] Yeah. All set, all set. Then I… I wait for him to have it ready then for me to go get it there.<br><br>**[13:50:00]**<br><br>Uh, ha, ha. How long are we dealing with this? The same, the same, the same already. Ha. [p] Uh, ha, ha, ha. [p] Sure. |
| 325. | UC | [Clears throat] | [Clears throat] |
| 326. | CS | *Tú sabes. Así es, monstruo.* [p] *Ah, pues está to'. Está to' entonces. Tú me… tú me llamas cua-… o yo… en veinte minutos yo voy a arrancar pa' allá entonces. Yo no voy a esperar la llamada. ¿En veinte minutos arranco pa' allá?* [p] *Está to', está to'. Está to'. No hay problema.* OK. *Está to'. No hay problema, monstruo. Gracias.* [p] *Está to'. Gracias,* man. OK. [Phone call ends]<br><br>[To UC and OV]:<br><br>See? I… He's not even ready. Now, when… when I wa-… when I got there, the guy… the guy that was… somebody that was there is the | You know it. That's how it is, my man. [p] Oh, all set then. All set then. You call… you call me wh-… or I… in twenty minutes I'm going to get on my way there then. In twenty minutes I'll get on my way there? [p] All set don't think it's on. [p] Sir, is this on?, all set. All set. No problem. OK. All set. No problem, my man. Thank you. [p] All set. Thank you, man. OK. [Phone call ends]<br><br>[To UC and OV]:<br><br> See? I… He's not even ready. Now, when… when I wa-… when I got there, |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

20

| | | one that brought him the stuff, so he's getting it all ready for me and he wasn't ready for me right now, so he's getting ready for me and he'll be ready for me in… t-… fifteen to twenty minutes, he said he'll be ready. See? He's making it right now. | | the guy… the guy that was… somebody that was there is the one that brought him the stuff, so he's getting it all ready for me and he wasn't ready for me right now, so he's getting ready for me and he'll be ready for me in… t-… fifteen to twenty minutes, he said he'll be ready. See? He's making it right now. |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

21

## FOURTH OF SIX RECORDINGS

| | | Transcription | Translation |
|---|---|---|---|
| 359. | CS | Uh-huh. [p] Yo… *yo estoy aquí y la puerta está cerrá'. La primera p-… Sí, dile que yo estoy aquí afuera.* OK. *¿Pa' adentro me voy?* Oh, OK. *Está to'. No hay problema.* OK. *Le dices que estoy aquí parquea'o adentro, aquí, ¿está bien?* OK. *Gracias. Déjame ir al* parking *de allá.* [p] You can face it the other way for now, or leave it like this, just in case… however you want. | Uh-huh. [p] Yo… I'm here and the door is closed. The first d- … Yeah, tell him that I'm here outside. OK. Go inside? Oh, OK. All set. No problem. OK. Tell him that I'm here so that he opens here inside alright? OK. Thank you. [To UC:] Let me go to the parking over there. [p] You can face it the other way for now, or leave it like this, just in case… however you want. |
| | | | |
| 366. | UC | **[14:38:00]**<br><br>**[14:38:35]** [Unintelligible phone speech] | **[14:38:00]**<br><br>**[14:38:35]** [Unintelligible phone speech] |
| 367. | CS | **[14:39:18]** *Dime, caballero. Oh, este… ¿Tú se lo dijiste, entonces?* OK. *Está to'.*<br>[To UC:] He knows already, so… | **[14:39:18]** What's up, sir? Oh, uhm… You told him then? OK. All set.<br>[To UC:] He knows already, so… |
| 368. | UC | Uhm? | Uhm? |
| 369. | CS | He knows already, so he should be… out. [Yawns] | He knows already, so he should be… out. [Yawns] |
| 370. | UC | He's there? | He's there? |
| 371. | CS | He's here somewhere. | He's here somewhere. |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

22

# FIFTH OF SIX RECORDINGS

| | | Transcription | Translation |
|---|---|---|---|
| 381. | CS | **[14:44:32]** [Radio playing continuously, occasional whistling] **[14:44:35]** OK. *Dale, por favor, que me tengo que ir,* man. *Si no me tuviera que ir, yo no estuviera llamándote a cada rato.* OK.<br><br>**[14:46:00]** | **[14:44:32]** [Radio playing continuously, occasnal whistling] **[14:44:35]** OK. Go on, please, 'cause I gotta go, man. If I didn't have to go, I wouldn't be calling you all the time. OK.<br><br>**[14:46:00]** |
| | | | |
| 389. | CS | **[14:50:48]** I don't see him, Miguel. [p] OK. He says he's coming out right now. We'll see. | **[14:50:48]** I don't see him, Miguel. [p] OK. He says he's coming out right now. We'll see. |
| | | | |
| 395. | CS | *¿Vamos afuera, caballero, o usted viene pa' acá? ¿Cómo hacemos esto?* | Are we going outside, sir, or you're coming in here? How are we doing this? |
| 396. | SG | Uh? | Uh? |
| 397. | UC | *¿Cómo estamos?* | How are you? |
| 398. | CS | Uh-huh. *Aquí tiene.* | Uh-huh. Here you go. |
| 399. | SG | [UI] | [UI] |
| 400. | CS | *Hay setenta y cinco* [o] *ahí…* | There's seventy-five [o] there… |
| 401. | SG | *Oye, hazme un favor.* | Hey, do me a favor. |
| 402. | CS | *Dígame.* | Tell me. |
| 403. | SG | *Si normalmente eso lo prueba alguien como con cuatro líneas, dile que pruebe dos alante.* | If normally somebody tries that with like four lines, tell them to try two first. |
| 404. | CS | *Está bien.* | OK. |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

23

| 405. | SG | Dude, *yo estoy ha' vomitando.* | Dude, I'm even throwing up. |
|------|----|----|----|
| 406. | CS | Ah, ha, ha, ha, ha, ha, ha! | Ah, ha, ha, ha, ha, ha, ha! |
| 407. | SG | Look, I wear a mask. | Look, I wear a mask. |
| 408. | CS | Yeah. | Yeah. |
| 409. | SG | *Ésta es la máscara pintá'.* Ugh! | This is the mask painted on. Ugh! |
| 410. | CS | *Está to', está to'.* | All set, all set. |
| 411. | SG | I don't know how the fuck they can do that. | I don't know how the fuck they can do that. |
| 412. | CS | *Está to', está to'. Gracias.* | All set, all set. Thank you. |
| 413. | SG | *Ten cuida'o, que no puedes…* [o] I don't know [UI] | Be careful, you can't… [o] I don't know [UI] |
| 414. | CS | I… I… I got you. I got you. I got you. | I… I… I got you. I got you. I got you. |
| 415. | SG | *Hasta en el* blender *se queda de tan aceitosa que es.* What the…? [o] Ugh! | Even in the blender it gets stuck from how oily it is. What the…? [o] Ugh! |
| 416. | CS | Uh, ha, ha! *Está to'. ¡Gracias!* [p] That's it. Let's go. [p] [Noise of car accelerating] Whoa! Ha, ha, ha, ha, ha, ha, ha! | Uh, ha, ha! All set. Thank you! [p] That's it. Let's go. [p] [Noise of car accelerating] Whoa! Ha, ha, ha, ha, ha, ha, ha! |
| 417. | UC | Done deal. | Done deal. |
| 418. | CS | OK. Holy crap. | OK. Holy crap. |

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

24

**CERTIFICATE OF TRANSCRIBER-TRANSLATOR # JF-2018-002-Exhibit 46**

I am a United States court-certified interpreter, and I CERTIFY that the above is a faithful transcription of the Spanish and English audiovisual source identified on the cover page, with translation of the Spanish language audio, which I have performed to the best of my ability. It consists of forty-five (45) pages, including the cover page and this certification sheet, and contains no changes or erasures.

This transcription-translation has been prepared for the case: United States v. Ivan Cruz-Rivera and Carlos Jimenez, 16-CR-40025-TSH.

In Cambridge, Massachusetts, on November 2, 2018.

**Joaquín Font**
**Font Translations**
**Calle Calaf 400, Suite 268, San Juan, PR 00918**
**Toll-Free Tel. & Fax: 1-877-JOAQUIN (562-7846)**
**e-mail:** fonttranslations@gmail.com

Certified Transcription Translation JF-2016-002-Exhibit 46
Transcribed & Translated by Font Translations – www.fonttranslations.com

25