**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 11

| 1. Program Code ▇▇▇ | 2. Cross Related Files File | 3. File No. ▇▇▇ | 4. G-DEP Identifier YNH1B |
|---|---|---|---|
| 5. By: John E Maki, TFO At: New England FDO | ☐ ☐ ☐ ☐ ☐ | 6. File Title ▇▇▇ | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | 8. Date Prepared 08-15-2014 | |
| 9. Other Officers: S/A'S Michael Boyle and Sean Kocher | | | |
| 10. Report Re: Initial Proffer of Segundo GUTIERREZ | | | |

### SYNOPSIS

1. On August 14, 2014, Segundo GUTIERREZ was interviewed at the Federal Court House, Miami, Florida by TFO John Maki, SA Michael Boyle and SA Sean Kocher. Present during the interview were AUSA'S Michelle Dineen-Jerrett, Yvonne Rodriguez-Schack as well as GUTIERREZ' attorney, Lauren Fleischer Louis.

### DETAILS

1. On August 14, 2014 Segundo GUTIERREZ participated in a Proffer and provided the following information. GUTIERREZ was born in Philadelphia, PA and moved between Puerto Rico and Florida on more than one occasion, before he was 10 years old. In 1981, GUTIERREZ moved with his mother and siblings to Fitchburg, MA. . GUTIERREZ has been in the Fitchburg area ever since.

2. TFO Maki was previously aware that GUTIERREZ had a long criminal history in the Fitchburg, Massachusetts area beginning in 1986.

3. GUTIERREZ indicated that he had been in involved in the Heroin trade in the Fitchburg area for the last several years.

4. GUTIERREZ immediately wanted to talk about Ivan, and provided the phone number 787 393-6936, which he had written on his hand in ink.

| 11. Distribution: Division  District  Other | 12. Signature (Agent) John E Maki, TFO | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title) | 15. Date |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.



**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▮▮▮ | 2. G-DEP Identifier YNH1B |
|---|---|---|
| | 3. File Title ▮▮▮ | |
| 4. Page 2 of 11 | | |
| 5. Program Code ▮▮▮ | 6. Date Prepared 08-15-2014 | |

GUTIERREZ stated that this was the new phone number for Ivan CRUZ-RIVERA, and that TFO Maki would know who that was.

5. GUTIERREZ indicated that his cousin, Agustin Fontanez, who lives in Puerto Rico, was receiving phone calls from Ivan CRUZ-RIVERA from the number provided above. CRUZ-RIVERA was inquiring about GUTIERREZ' well being and indicated that he would get him the $7000 that CRUZ-RIVERA owed GUTIERREZ and that CRUZ-RIVERA would help him out while he was incarcerated. GUTIERREZ believes that CRUZ-RIVERA was just inquiring on his state of mind and questioning if GUTIERREZ was going to speak on CRUZ-RIVERA'S involvement to authorities.

6. GUTIERREZ confirmed that Ivan CRUZ-RIVERA was the individual that was stopped with $44,000. on his way back to New York with the Lexus that the firefighter was driving (Firefighter subsequently identified as Carlos JIMENEZ). This occurred during the purchase of Exhibit 12 on 10-04-2013; see DEA-6 titled: "Surveillance of the Purchase of Exhibit 12 on 10-04-2013 from Segundo GUTIERREZ and the acquisition of Exhibits N-45 and N-46."

7. GUTIERREZ indicated that Ivan CRUZ-RIVERA was responsible for bringing a half kilo of Heroin on 10-04-2013 to his garage in Leominster. GUTIERREZ paid CRUZ-RIVERA $44,000 for the half kilo. GUTIERREZ indicated that the firefighter was present when the Heroin was removed from the car and brought into the garage. The firefighter talked boastfully how he drove and had his firefighter credentials with him in case he was stopped by the Police, reiterating how the Police would leave him alone if he was ever stopped. The firefighter and CRUZ-RIVERA talked about the Heroin's quality with GUTIERREZ while they were in the garage. GUTIERREZ indicated that he gave CRUZ-RIVERA the $44,000 for the Heroin in the firefighter's presence and it was placed in the same bag that the Heroin arrived in.

8. GUTIERREZ indicated that this was the first time that he had met the firefighter and that the dark Lexus belonged to the firefighter. GUTIERREZ was definitive that the firefighter knew he was transporting Heroin.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

00022

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▮    2. G-DEP Identifier YNH1B |
| | 3. File Title ▮ |
| 4. Page 3 of 11 | |
| 5. Program Code ▮ | 6. Date Prepared 08-15-2014 |

9. TFO Maki showed GUTIERREZ a photograph of Carlos JIMENEZ 21 Heritage Dr. Englishtown, NJ. 07726; New Jersey License# ▮; DOB ▮ 1965. GUTIERREZ indicated that he had only met him that one time, but he was "pretty" sure that was him. (This photograph was obtained from the New Jersey Registry, corresponding with JIMENEZ' license information)

10. When GUTIERREZ was asked how long he had been involved with Ivan CRUZ-RIVERA he indicated that it was 3-4 years. He had met CRUZ-RIVERA from a truck driver named "Angel" who used to live in the Fitchburg area. "Angel" was also friendly with his brother Miguel GUTIERREZ who lives in Clinton, MA.

Redacted

14. It was at this time around 2011 that GUTIERREZ began to focus mainly on purchasing Heroin from CRUZ-RIVERA as GUTIERREZ did not have a problem getting rid of the Heroin. GUTIERREZ went onto explain how he cut his heroin to make its' effects stronger and to maximize his profit.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

00023

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▮▮▮▮▮ | 2. G-DEP Identifier YNH1B |
| | 3. File Title ▮▮▮▮▮ | |
| 4. Page 4 of 11 | | |
| 5. Program Code ▮▮▮▮▮ | 6. Date Prepared 08-15-2014 | |

15. GUTIERREZ would purchase between a half kilo and a kilo of Heroin from CRUZ-RIVERA approximately once a month. After the Heroin was cut by GUTIERREZ a half kilo would yield 3 times its' original weight or 1.5 kilos; a kilo in turn would yield 3 kilos of Heroin ready for street level sale.

*Redacted*

17. GUTIERREZ would then mix the cut with the Heroin along with the other following ingredients: Boric Acid (powder), Kineto (Powder synthetic like fiberglass), Manito (soap bar) and Lactose (Powdered milk sugar). After these powders were mixed in a grinder or blender they would be laid out on a cooking sheet. GUTIERREZ then poured the vials of Horse Tranquilizer over this powder, baked it off in his oven, and then let it dry. After it was dry GUTIERREZ would then mix this powder with the Heroin and package it for sale.

18. This would triple his yield of Heroin (and profit), yet still getting the intended effects of Heroin from the Horse Tranquilizer. GUTIERREZ learned this method from Carlos CIPRIAN-MATOS when the two were friendly and doing business together (Heroin) prior to 2011.

19. When GUTIERREZ had a difficult time of getting horse tranquilizer, he would substitute Morphine as the enhancer.

*Redacted*

DEA Form - 6a.
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

00024

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
| --- | --- |
|  | YNH1B |
| 3. File Title | |
|  | |

4.
Page 5 of 11

5. Program Code

6. Date Prepared
08-15-2014

Redacted

22. GUTIERREZ also purchased the Horse Tranquilizer from Ivan CRUZ-RIVERA for $300 per bottle, with 24 bottles in a case, ($7200) which were also shipped to GUTIERREZ in 2012. GUTIERREZ indicated that Ivan CRUZ-RIVERA had ties to both New York and Puerto Rico. GUTIERREZ also indicated that he has met CRUZ-RIVERA in New York City on at least two occasions to pick-up Heroin from him. GUTIERREZ believed that these locations were stored on his I-phone but was unable to retrieve them at this time.

Redacted

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

00025

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier: YNH1B |
| 3. File Title | |

4. Page 6 of 11

5. Program Code

6. Date Prepared: 08-15-2014

Redacted

Redacted

Redacted

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. v. Cruz-Rivera and Jimenez
Case 4:16-cr-40025-TSH Document 281-1 Filed 12/16/18 Page 7 of 11
Case 4:16-cr-40025-TSH
00027

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. ■ | 2. G-DEP Identifier YNH1B |
| 3. File Title ■ | |

4. Page 7 of 11

5. Program Code ■

6. Date Prepared 08-15-2014

■■■ (Redacted)

Redacted

Redacted

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

00027

U.S. v. Cruz-Rivera and Jimenez
Case 4:16-cr-40025-TSH  Document 281-1  Filed 12/16/18  Page 8 of 11
Case 4:16-cr-40025-TSH
00028

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. [redacted] | 2. G-DEP Identifier YNH1B |
|---|---|
| 3. File Title [redacted] | |

4. Page 8 of 11

| 5. Program Code [redacted] | 6. Date Prepared 08-15-2014 |
|---|---|

32. TFO Maki asked GUTIERREZ how much he was making a month and he did some figuring on a piece of note paper and stated $86,000 to a $100,000 a month. GUTIERREZ was asked by TFO Maki what he did with his money. He indicated that he spent it. GUTIERREZ stated and confirmed that he spent it on cars, including $11,000 on wheels for the Mercedes. He had purchased a piece of land in Puerto Rico for $65,000 and put $30,000 cash down. He confirmed that he was paying $500 per month to the owners, who had financed it for him, and confirmed that their names were Don Victor Agosto and Dona Luz Maldonado Torres. He paid his rent for his apartment cash. GUTIERREZ has purchased a horse for $28,000 in Puerto Rico and showed TFO Maki and others pictures of his horse from his phone. GUTIERREZ indicated that the money he had mailed to his aunt in Puerto Rico was for her and she set it aside for his expenses. GUTIERREZ stated there was no "stash" of money in Puerto Rico or at his mother's residence, here in Massachusetts.

Redacted

Redacted

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

00028

Case 4:16-cr-40025-TSH Document 281-1 Filed 12/16/18 Page 9 of 11
U.S. v. Cruz-Rivera and Jimenez
4:16-cr-40025-TSH
00029



**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. ■■■ | 2. G-DEP Identifier YNH1B |
| 3. File Title ■■■ | |

4. Page 9 of 11

5. Program Code ■

6. Date Prepared 08-15-2014

Redacted

Redacted

Redacted

Redacted

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

00029

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. | 2. G-DEP Identifier YNH1B |
| | 3. File Title | |
| 4. Page 10 of 11 | | |
| 5. Program Code | 6. Date Prepared 08-15-2014 | |

Redacted

**INDEXING**

Redacted

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

00030

Case 4:16-cr-40025-TSH Document 281-1 Filed 12/16/18 Page 11 of 14
U.S. v. Cruz-Rivera and Jimenez
16-cr-40025-TSH
00031

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No | 2. G-DEP Identifier YNH1B |
| 3. File Title | |

4. Page 11 of 11

5. Program Code

6. Date Prepared 08-15-2014

Redacted

Redacted

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.