ORIGINAL
Entered
12/19/18
at
2:05pm

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>IVAN CRUZ-RIVERA and )<br>CARLOS JIMENEZ, )<br>          Defendants. )<br>) | Criminal Act. No. 16-40025-TSH |

## VERDICT FORM FOR THE DEFENDANT IVAN CRUZ-RIVERA

1. As to COUNT ONE of the Indictment, charging the Defendant, IVAN CRUZ-RIVERA, with conspiracy to possess with intent to distribute and to distribute heroin, in violation of 21 U.S.C. § 846, we, the jury, find the Defendant, IVAN CRUZ-RIVERA:

_____ NOT GUILTY        __X__ GUILTY

If your verdict is NOT GUILTY, please proceed to question 4.

If your verdict is GUILTY, please answer question 2.

2. Did the conspiracy described above in COUNT ONE involve 100 grams or more of a mixture or substance containing a detectable amount of heroin?

_____ NO        __X__ YES

If your answer to question 2 is NO, please proceed to question 4.

If your answer to question 2 is YES, please answer question 3.

3. With respect to the conspiracy described in COUNT ONE, were 100 grams or more of a mixture or substance containing a detectable amount of heroin attributable and reasonably foreseeable to the defendant, IVAN CRUZ-RIVERA?

_____ NO   __X__ YES

Whether your answer to question 3 is NO or YES, please proceed to question 4.

4. As to COUNT TWO of the Indictment, charging the Defendant, IVAN CRUZ-RIVERA, with possession with intent to distribute heroin and distribution of heroin, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B)(i), we, the jury, find the Defendant, IVAN CRUZ-RIVERA:

_____ NOT GUILTY   __X__ GUILTY

If your verdict is NOT GUILTY, stop here, and date and sign the verdict slip.

If your verdict is GUILTY, please answer question 5.

5. With respect to COUNT TWO, was the quantity of heroin that the Defendant, IVAN CRUZ-RIVERA, possessed with intent to distribute or distributed 100 grams or more of a mixture or substance containing a detectable amount of heroin?

_____ NO   __X__ YES

The foregoing represents the unanimous decision of the jury.

12/19/18
DATE

_____
FOREPERSON

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) Criminal Act. No. 16-40025-TSH
IVAN CRUZ-RIVERA and )
CARLOS JIMENEZ, )
Defendants. )

**VERDICT FORM FOR THE DEFENDANT CARLOS JIMENEZ**

1. As to COUNT ONE of the Indictment, charging the Defendant, CARLOS JIMENEZ, with conspiracy to possess with intent to distribute and to distribute heroin, in violation of 21 U.S.C. § 846, we, the jury, find the Defendant, CARLOS JIMENEZ:

_____ NOT GUILTY            \_\_\_X\_\_\_ GUILTY

If your verdict is NOT GUILTY, please proceed to question 4.

If your verdict is GUILTY, please answer question 2.

2. Did the conspiracy described above in COUNT ONE involve 100 grams or more of a mixture or substance containing a detectable amount of heroin?

_____ NO            \_\_\_X\_\_\_ YES

If your answer to question 2 is NO, please proceed to question 4.

If your answer to question 2 is YES, please answer question 3.

3. With respect to the conspiracy described in COUNT ONE, were 100 grams or more of a mixture or substance containing a detectable amount of heroin attributable and reasonably foreseeable to the Defendant, CARLOS JIMENEZ?

   __X__ NO        _____ YES

Whether your answer to question 3 is NO or YES, please proceed to question 4.

4. As to COUNT TWO of the Indictment, charging the Defendant, CARLOS JIMENEZ, with possession with intent to distribute heroin and distribution of heroin, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B)(i), we, the jury, find the Defendant CARLOS JIMENEZ:

   _____ NOT GUILTY        __X__ GUILTY

If your verdict is NOT GUILTY, stop here, and date and sign the verdict slip.

If your verdict is GUILTY, please answer question 5.

5. With respect to COUNT TWO, was the quantity of heroin that the Defendant, CARLOS JIMENEZ, possessed with intent to distribute or distributed 100 grams or more of a mixture or substance containing a detectable amount of heroin?

   _____ NO        __X__ YES

The foregoing represents the unanimous decision of the jury.

12/19/18
DATE

[signature]
FOREPERSON

2

Legal Clarification

① Can a conspiracy agreement be entered into when a defendent becomes knowledgable of a crime conspiracy during the commission of the crime.

*it depends. Please check the indictment & indict, & then the new he facts & the indictment*

② If you are aware that money confiscated during a traffic stop is illegal drug money and you participate in the attempted retrieval of the confiscated money you are a willful participant in the conspiracy agreement

*Willfully joined it later*

Peter G Zin       12/19/18 - 1st
                  11:44  A



AL 11:44 am